# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| WEILI FU, RENGE LI, XIAOLIN GUO, <br><br>Petitioners, <br><br>vs. <br><br>COLONEL ALAN P. BORJA, WARDEN OF THE GUAM DEPARTMENT OF CORRECTIONS; CAPTAIN JOEY L.G. POCAIGUE, COMMANDER OF THE HAGÅTÑA FEDERAL DETENTION FACILITY; JOHN DOE, FIELD OFFICE DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, ENFORCEMENT AND REMOVAL OPERATIONS, SAN FRANCISCO FIELD OFFICE; KATHY MAKAENA, ASSISTANT FIELD OFFICE DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, ENFORCEMENT AND REMOVAL OPERATIONS, SAN FRANCISCO FIELD OFFICE; KRISTI NOEM, SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY; PAM BONDI, ATTORNEY GENERAL OF THE UNITED STATES, <br><br>Respondents. | CIVIL CASE NO. 25-00048 <br><br><br>**ORDER** <br>**REGARDING ECF NO. 10** |

On December 31, 2025, the court entered an Order to Show Cause requiring Respondents

to show cause why the writ of habeas corpus should not be granted. *See* ECF No. 10. Thereafter, on January 5, 2026, Federal Respondents[1] filed their opposition to Petitioner's Writ for Habeas Corpus. ECF No. 16. Local Respondents Colonel Alan P. Borja, Warden of the Guam Department of Corrections, and Captain Joey L.G. Pocaigue, Commander of the Hagatna Federal Detention Facility, have not filed a response.

Upon further review, it appears that Colonel Borja has not been properly served in accordance with Federal Rule of Civil Procedure 4(j)(2) and Guam Rule of Civil Procedure 4(i). Accordingly, Petitioner is ordered to properly serve Colonel Borja within two weeks of this order so that the Respondent can file a response,[2] and so the court can hold one consolidated hearing with the goal of promoting judicial efficiency. Respondent Commander Pocaigue, who has been properly served under Federal Rule of Civil Procedure 4(j)(2) and Guam Rule of Civil Procedure 4(i) is ordered to file a response in the matter. Moreover, Federal Respondents indicated in their Opposition, ECF No. 16, at 2, that it was a "preliminary response" that could "be supplemented as further information is attained." The court grants Federal Respondents leave to supplement their brief.

**SO ORDERED.**



/s/ **Frances M. Tydingco-Gatewood**
　　　**Chief Judge**
**Dated: Jan 12, 2026**

---

[1] The Federal Respondents listed in Petitioner's writ are John Doe, Field Officer for U.S. Immigration and Customs Enforcement; Kathy Makaena, Assistant Field Officer for U.S. Immigration and Customs Enforcement; Kristi Noem, Secretary of the U.S. Department of Homeland Security; and Pam Bondi, Attorney General of the United States. The Federal Respondents have since clarified that Sergio Albarran, Field Office Director for the U.S. Immigration and Customs Enforcement, is the proper respondent in place of Kathy Makaena. *See* ECF No. 16 n. 1.

[2] The court notes that Petitioner's Attorney, Julia Johnson, is currently off island, as so it affords Petitioner two weeks to resolve the issue of service. *See* ECF No. 14.